JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 10-04233 GAF (MANx) | Date | August 12, 2010 |
|---|---|---|---|
| Title | Majestic Pictures, Inc. v. Cannonball Productions, Inc. | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**        **(In Chambers)**

## ORDER REMANDING CASE

On July 30, 2010, the Court ordered defendant Cannonball Productions, Inc. ("Cannonball") to show cause why this case should not be remanded to the Circuit Court of Orange County, Florida "for lack of jurisdiction." (7/30/10 Order, Docket No. 11, at 2.)

Canonball has responded to the Court's order and indicated that "the parties have reached agreement on the terms of a settlement and mutual release." (Docket No. 12 at 2.) However, Cannonball also indicates that "counsel for Plaintiff [Majestic Pictures, Inc.] has not been admitted pro hac vice in the Central District of California, and therefore cannot file a dismissal" of the complaint. (Id.) Cannonball therefore explains that it "does not oppose remand of this case to facilitate eventual dismissal of [the] dispute in Florida state court." (Id.)

The Court has previously discussed "Cannonball's improper transcontinental removal of this action" in detail. (7/30/10 Order, Docket No. 11, at 2; 6/15/10 Order, Docket No. 8, at 1-2.) Consistent with that discussion and Cannonball's consent to remand, the Court hereby **REMANDS** this case to the Circuit Court of Orange County, Florida for all further proceedings.

**IT IS SO ORDERED.**

Cc:    John H. Bill
       Godbold Downing & Bill PA
       222 West Comstock Avenue, Suite 101
       Winter Park, FL 32789